UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PRESCOTT MCCURDY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 2:22-cv-00341-LEW |
| | ) |
| TOWN OF BRUNSWICK, et al., | ) |
| | ) |
| Defendants. | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order on Motion for Judgment on the Pleadings entered by U.S. District Court Judge Lance E. Walker on September 18, 2023,

JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:  /s/ Meghan York
     Deputy Clerk

Dated: September 18, 2023